**PITTSBURGH LOGISTICS SYSTEMS, INC., Petitioner**

v.

**B. KEPPEL TRUCKING, LLC, Respondent**

**No. 115 WAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jesse A. GARDNER, Jr., Petitioner**

**No. 208 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Charles A. KNOLL**

v.

**Eustace O. UKU, Yale Development & Contracting, Inc. and Exico, Inc.**

**Petition of: Eustace O. Uku**

**No. 77 WAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**